UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.        DATE: **APRIL 14, 2016**        TIME: **11:30 a.m.**

DOCKET #: **CR-14-00576-02 (S-2) (ILG)**        TITLE: **U.S.A. v. Kasagama Steele**

COURT REPORTER: **Anthony Mancuso**        DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____        AUSA: **Alixandra Smith - #6370**
                                                  **David C. Pitluck - #**

DEF'T #1 NAME: **Kasagama Steele**        ATT'Y: **Charles S. Hochbaum, Esq. - CJA**
✓ Present  _ Not Present  ✓ In Custody        ✓ Present  _ Not Present

## CRIMINAL CAUSE FOR SENTENCING

- ✔ Case called.
- ✔ Defendant Kasagama Steele present with counsel Charles S. Hochbaum, Esq. Government counsel Alixandra Smith, AUSA and David Pitluck, AUSA, present.
- ✔ *Fatico* hearing held.
- ✔ On each of counts (1) and (3), the defendant is sentenced to a term of seventy (70) months imprisonment to be followed by a three (3) year period of supervised release. The sentences are to run concurrently. On count (5), the defendant is sentenced to a term of sixty (60) months imprisonment to be followed by a five (5) year period of supervised release. The term of imprisonment on count (5) is to run consecutively to the terms imposed on counts (1) and (3), for a total sentence of one hundred and thirty (130) months. The period of supervised release on count (5) is to run concurrently with those imposed on counts (1) and (3), for a total period of five (5) years. An assessment of $300.00 is imposed.
- ✔ The defendant is advised of his right to appeal and of his right to counsel for an appeal.
- ✔ The remaining counts of the indictment and the underlying indictments are dismissed on the motion of the U.S. Attorney's Office.
- ✔ The defendant is remanded.

**TIME: 0/45**