```
 1  UNITED STATES DISTRICT COURT

 2  EASTERN DISTRICT OF NEW YORK

 3  -------------------------------------x

 4  UNITED STATES OF AMERICA,

 5                    Plaintiff,          Docket No.:
                                          14 CR 576 (S-2)(ILG)
 6         versus

 7  RINGO DELCID, KASAGAMA STEELE,
    BENJAMIN HALL, RINGO HALISTER
 8  DELCID,                               U.S. Courthouse
                                          225 Cadman Plaza East
 9                    Defendant.          Brooklyn, NY 11201

10  -------------------------------------x

11                                        August 21, 2015
                                          10:00 a.m.
12

13       Transcript of Criminal Cause for Status Conference

14  Before:    HONORABLE I. LEO GLASSER,
                                 District Court Senior Judge
15
                              APPEARANCES
16
    For the Government:          KELLY T. CURRIE, ESQ.
17                               Acting United States Attorney
                                 Eastern District of New York
18                               271 Cadman Plaza East
                                 Brooklyn, New York 11201
19                               BY:  ALIXANDRA E. SMITH, ESQ.,
                                      DAVID C. PITLUCK, ESQ.,
20                                    Assistant U.S. Attorneys

21  For Defendant Ringo Delcid:  CHRISTOPHER BOOTH, ESQ.

22  For Defendant Steele         CHARLES HOCHBAUM, ESQ.

23  For Defendant Hall           MICHAEL P. KUSHNER, ESQ.

24  For Defendant Ringo
    Halister Delcid:             JAMES ROTH, ESQ., ESQ.
25
```

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter

USA v. Delcid, et al.

Appearances (continued):

Also Present:          MARIO MICHELENA,
                           Spanish interpreter

Court Reporter:        MICHELE NARDONE, CSR, RPR, CRR
                       Official Court Reporter
                       225 Cadman Plaza East
                       Brooklyn, New York 11201
                       Phone:  718-613-2601
                       Fax:  718-613-2631
                       Email:  Mishrpr@aol.com

Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.

                    *   *   *

          (In open court.)

          (Through the interpreter.)

          (Defendants present.)

          THE CLERK:  Criminal cause for status conference, the United States versus Ringo Delcid, Kasagama Steele, Benjamin Hall, and Ringo Halister Delcid.

          Counsel, please come up, state your appearances for the record.

          MS. SMITH:  Good morning, your Honor.  Alixandra Smith and David Pitluck for the government.

          MR. PITLUCK:  Good morning, judge.

          THE COURT:  Good morning.

          MR. KUSHNER:  Good morning, your Honor.  For the Defendant Mr. Hall, Michael Kushner, K-U-S-H-N-E-R.

          MR. BOOTH:  Lipman & Booth, by Christopher Booth for

1   Ringo Delcid, the younger, your Honor.
2            MR. HOCHBAUM:  Charles Hochbaum for Kasagama Steele.
3   Good morning, your Honor.
4            THE COURT:  Good morning.
5            MR. ROTH:  Good morning, your Honor.  James Roth on
6   behalf of Ringo Halister Delcid, the father.
7            THE COURT:  Ms. Smith?
8            MS. SMITH:  Your Honor, the government has provided
9   the defendants with plea offers, and we are currently --
10           THE COURT:  Excuse me.  Before you go on, are all the
11  defendants here now or is somebody missing?
12           MR. HOCHBAUM:  No, they are all here now.
13           THE COURT:  Okay.
14           MS. SMITH:  Your Honor, the government has provided
15  all of the defendants with plea offers and are currently
16  engaged in plea negotiations.
17           We have ruled out the discovery that we have received,
18  but we are still continuing to receive additional discovery
19  that we will be providing as it comes in, and there is some
20  discovery that we are making arrangements for the defendants to
21  view, electronic discovery at the FBI.  And so, our proposal is
22  that we pick a date in October, and if at that point the plea
23  negotiations have failed, set a trial date.
24           THE COURT:  Mr. Kushner.
25           MR. KUSHNER:  Yes, your Honor.  I mean that's my

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter

1  understanding.  We did receive a dump of discovery this week,
2  on Monday.  There has been thousands of pages of prior
3  discovery, but I think all defense counsel is on board with an
4  adjournment to late October.
5          MR. HOCHBAUM:  That's correct, judge.  We have agreed
6  with your courtroom deputy on a date of October 30 at
7  11 o'clock.
8          MR. BOOTH:  That is correct, judge.
9          THE COURT:  Why is it taking so long to provide
10 discovery?
11         MS. SMITH:  Your Honor, we provide it as it comes in.
12 It's an ongoing investigation, you know, as we get information
13 back we provide it.  We provided our first round of discovery
14 in January, our second round in April, our third round this
15 week.
16         As we said, we have plea offers outstanding.  If
17 those don't get resolved, we plan on superseding before the
18 next status conference date, and we will be ready to go to
19 trial.
20         THE COURT:  Given the discovery that you have
21 provided -- I'm addressing the defendants now -- have you all
22 had an opportunity to discuss, examine, consider the discovery
23 that has been provided?
24         MR. HOCHBAUM:  Well, some of it just came Monday,
25 judge, a substantial amount on a CD.

USA v. Delcid, et al.

1            THE COURT:  All right.

2            MR. HOCHBAUM:  Other than that, we have certainly

3    reviewed the prior discovery.

4            MR. ROTH:  There is also DNA, judge, that has not come

5    back.

6            THE COURT:  Okay.  What day in October?

7            THE CLERK:  October 30 at 11:00 a.m.

8            THE COURT:  Is that date satisfactory?

9            MS. SMITH:  Yes, your Honor.

10           MR. ROTH:  It is, your Honor.

11           MR. KUSHNER:  Yes, your Honor.

12           THE COURT:  We will exclude the time between now and

13   then.  I take it, given what I'm gathering is an enormous

14   amount of discovery, this case is complex?

15           MS. SMITH:  Yes, your Honor.

16           THE COURT:  So I will exclude the time for that reason

17   and among the others that have been stated on the record,

18   pursuant to section 3161 of Title 18.  Thank you very much.

19           MR. KUSHNER:  Your Honor, just one last issue.  Since

20   discovery is still rolling in, we haven't had an opportunity to

21   write motions on anything that we might think is relevant.  So

22   I would -- if we get discovery between now and October 30 that

23   would trigger that, I suppose we could write a status letter or

24   something.

25           THE COURT:  With respect to the discovery that you

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter

1   have received so far, do you contemplate any motions with
2   respect to that, besides what you just received on Monday?
3           MR. HOCHBAUM:  There are potential Title III motions,
4   judge, and potential suppression motions, based upon a search
5   of my client's premises.
6           THE COURT:  Do you have the information now?
7           MS. SMITH:  Your Honor, there is no Title III here.
8           (Pause.)
9           MS. SMITH:  There are no wiretaps, your Honor.
10          MR. KUSHNER:  I misspoke, your Honor.  It would just
11  be suppression of those search warrants that they issued.
12          THE COURT:  Suppression of what?
13          MR. KUSHNER:  The search warrants that were issued
14  with respect to the phones, the historical cell site, as well
15  as the records.  I believe there are some ID issues as well
16  that are out.
17          THE COURT:  You contemplate making motions to
18  suppress?
19          MR. KUSHNER:  Yes, judge.
20          THE COURT:  Do you have all the information you need
21  to do that, or is there anything you are missing?
22          MR. HOCHBAUM:  We don't know, judge.  We know there is
23  continuing discovery coming.
24          MS. SMITH:  Your Honor, all search warrant
25  applications have been turned over.

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter

1        THE COURT:  You have had all the applications for the
2   search warrant.  What else do you need?  What is discovery
3   going to do for you?
4        MR. HOCHBAUM:  I wasn't suggesting I needed
5   anything more other than the government's representation that
6   I had it all.
7        THE COURT:  If you are contemplating making any
8   motions with resect to search warrants and affidavits, why
9   don't you do that within the next 30 days.
10       MR. KUSHNER:  Okay, your Honor.
11       THE COURT:  Let me fix a specific date.  That would be
12  you file whatever motions you propose to make along those lines
13  on or before the 14th of September.
14       The government, I think, would probably need no more
15  than a week to respond.
16       MR. PITLUCK:  That's fine, judge.
17       THE COURT:  Pardon?
18       MS. SMITH:  That's fine.
19       MR. PITLUCK:  That's fine.
20       THE COURT:  So you will respond by the 24th, and if a
21  hearing is necessary we will do it on the 28th.  Okay?  Do you
22  have those dates?
23       MS. SMITH:  Yes.
24       THE COURT:  Thank you very much.  There is nothing
25  else?  Have a good week.

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter

USA v. Delcid, et al.

1    MR. ROTH:  You too, judge.

2    MR. KUSHNER:  Thank you, judge.

3    MS. SMITH:  Thank you, judge.

4    (End of proceedings.)

5                              o O o

6

7  Certified to be a true and accurate transcript.
   /s/ Michele Nardone
8  MICHELE NARDONE, CSR, RPR, CRR -- Official Court Reporter